UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SONDRA HEADRICK,

                      Plaintiff,

v.                                          Action No. 3:10−CV−891

WILLIAMS, SCOTT & ASSOCIATES, LLC,

                      Defendant.

ORDER OF DEFAULT JUDGMENT

THIS MATTER is before the Court on Plaintiff Sondra Headrick's Motion for Default Judgment, against Williams, Scott & Associates, LLC ("Defendant") (Doc. No. 8), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. The Court finds:

(1) Plaintiff filed her Complaint on December 13, 2010.

(2) Plaintiff properly served Defendant with a copy of the Complaint, Summons, and an Affidavit of Service of Process on March 18, 2011, in accordance with Federal Rule of Civil Procedure 4(e)(2)(C).

(3) Defendant did not file an answer.

(4) The Clerk of the Court entered default on June 2, 2011.

(5) Plaintiff filed this Motion for Default Judgment on August 16, 2011.

(6) Defendant has failed to respond to this Motion or otherwise appear in this action.

(7) Defendant is not an infant, incompetent person, or engaged in military service.

(8) Defendant violated Fair Debt Collection Practices Act ("FDCPA"), as described in the Complaint.

Accordingly, Plaintiff's Motion is GRANTED, and Default Judgment is ENTERED against Defendant, Williams, Scott & Associates, LLC. Upon consideration of the Memorandum in Support of the Motion for Default Judgment and the supporting documents, Damages are AWARDED to Plaintiff as follows:

(1) Maximum statutory damages in the amount of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A), and

(2) Reasonable attorney's fees and costs in the amount of $3,280.00, pursuant to 15 U.S.C. § 1692k(a)(3) and as requested by the Plaintiff.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this  12th   day of September 2011